## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:   ELAINE L DANIELS                                          CASE NO: 07-01306
         DENNIS C DANIELS                                          CHAPTER 13

         DEBTORS(S)                                                JUDGE:  JACK B SCHMETTERER

                                                                   NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   HOUSEHOLD BANK

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0003 | 415901 | $ 1,106.48 | $ 1,106.48 | $ 1,106.48 |

Total Amount Paid the Trustee                                                                    $   1,106.48

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                              X  Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:07-01306

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 16th day of    August, 2012.

<u>Debtor(s)</u>
DENNIS C DANIELS
ELAINE L DANIELS
16210 PAULINA ST
MARKHAM IL 60428-5753

<u>Debtors Attorney</u>
GLEASON & GLEASON LLC
77 W WASHINGTON #1218
CHICAGO IL 606020000

<u>Mortgage Arrearage Creditor</u>
HOUSEHOLD BANK
1301 E TOWER RD
SCHAUMBURG IL 60173

Electronic Service US Trustee

Date: August 16, 2012                    /s/ Tom Vaughn

                                          Tom Vaughn, Chapter 13 Trustee
                                          Chapter 13 Trustee
                                          55 East Monroe Street, Suite 3850
                                          Chicago, Ill   60603